It is so ORDERED.

*/s/ John R. Adams*
U.S. District Judge
2/13/17

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (AKRON)

| | |
|---|---|
| I D AGENCY, INC. | Case No. 5:16-cv-2021 |
| Plaintiff, | |
| vs. | Judge John R. Adams |
| DISTEFANO INSURANCE SERVICES, INC. | **STIPULATION OF DISMISSAL** |
| Defendant. | |

Now comes the Plaintiff, I D Agency, Inc., and Defendant, DiStefano Insurance Services, Inc., by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of the within action with prejudice on the grounds that the claims in the Complaint have been resolved by settlement.

Respectfully submitted,

/s/ Michael A. Galasso
Michael A. Galasso (0072470)
Robbins, Kelly, Patterson & Tucker
7 West Seventh Street, Suite 1400
Cincinnati, Ohio  45202-2417
(513) 721-3330 | (513) 721-5001 fax
*mgalasso@rkpt.com*
**Attorney for Defendant**

/s/ Andrew J. Gerling[1]
Andrew J. Gerling (0087605)
Doucet & Associates Co. LPA
700 Stonehenge Pkwy., Ste. 2B
(614) 944-5219 | (818) 638-5548 fax
*andrew@troydoucet.com*
**Attorney for Plaintiff**

---

[1] Signed by Michael A. Galasso pursuant to 2-13-2017 e-mail authorization.

02732312-1