It is so ORDERED.

/s/ John R. Adams
U.S. District Judge
2/13/17

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (AKRON)

| | |
|---|---|
| I D AGENCY, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DISTEFANO INSURANCE SERVICES, INC.<br><br>　　　　Defendant. | Case No. 5:16-cv-2021<br><br>Judge John R. Adams<br><br>**STIPULATION OF DISMISSAL** |

Now comes the Plaintiff, I D Agency, Inc., and Defendant, DiStefano Insurance Services, Inc., by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of the within action with prejudice on the grounds that the claims in the Complaint have been resolved by settlement.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/  Michael A. Galasso
　　　　　　　　　　　　　　　　　　　Michael A. Galasso (0072470)
　　　　　　　　　　　　　　　　　　　Robbins, Kelly, Patterson & Tucker
　　　　　　　　　　　　　　　　　　　7 West Seventh Street, Suite 1400
　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio  45202-2417
　　　　　　　　　　　　　　　　　　　(513) 721-3330 | (513) 721-5001 fax
　　　　　　　　　　　　　　　　　　　*mgalasso@rkpt.com*
　　　　　　　　　　　　　　　　　　　**Attorney for Defendant**

　　　　　　　　　　　　　　　　　　　/s/ Andrew J. Gerling[1]
　　　　　　　　　　　　　　　　　　　Andrew J. Gerling (0087605)
　　　　　　　　　　　　　　　　　　　Doucet & Associates Co. LPA
　　　　　　　　　　　　　　　　　　　700 Stonehenge Pkwy., Ste. 2B
　　　　　　　　　　　　　　　　　　　(614) 944-5219 | (818) 638-5548 fax
　　　　　　　　　　　　　　　　　　　*andrew@troydoucet.com*
　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**

---

[1] Signed by Michael A. Galasso pursuant to 2-13-2017 e-mail authorization.

02732312-1